UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

AIDA'S PARADISE, LLC,        Case No. 6:12-bk-00189-KSJ
                             Chapter 11
        Debtor.
_____

T.D. BANK, N.A., successor by merger to
MERCANTILE BANK, a division of        Adv. Pro. No. 6:12-ap-00026-KSJ
CAROLINA FIRST BANK, a state banking
corporation existing under the laws of South
Carolina,                              Case No.: 2010-CA-016620-O
                                       Div.: 37
        Plaintiff,
vs.                                    CIRCUIT COURT OF THE NINTH
                                       JUDICIAL CIRCUIT IN AND FOR
ADIL R. ELIAS, an individual; AIDA A. ELIAS,   ORANGE COUNTY, FLORIDA
an individual; and AIDA'S PARADISE, LLC,
a Florida limited liability company; JENNIFER
DONUTS, INC., a Florida corporation; VOLCANO
ISLAND, LLC, a Florida limited liability company;
CBS OUTDOOR INC., a foreign corporation; and
ROTHMANN'S ORLANDO, LLC, a Florida
limited liability company,

        Defendants.
_____

**ORDER REMANDING ADVERSARY PROCEEDING BACK TO STATE COURT**

This adversary proceeding came before the Court on May 17, 2013, upon the stipulation between the parties, as evidenced by the Settlement Agreement, dated February 20, 2013, filed in the main case, Case No. 6:12-bk-00189-KSJ (Doc. No. 183), and based upon the stipulation, this Court hereby

**ORDERS**:

1.   The above-captioned adversary proceeding is remanded back to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida (the "State Court"), pursuant to 28 U.S.C. § 1452(b).

2.   Any further pleadings or papers should be filed by the parties in State Court, Case No.: 2010-CA-016620-O, Div.: 37.

3.   The State Court shall have jurisdiction over the action and preside over any matters related to this action.

DONE and ORDERED in Orlando, Florida, this 2nd day of July, 2013

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Ryan E. Davis, Esquire is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

1)   Aida's Paradise, LLC, 2450 Maitland Center Pkwy., Ste. 300, Maitland, FL 32751

Copies furnished via CM/ECF to:

1)   Ryan E. Davis, Esq. and Richard B. Weinman, Winderweedle, Haines, Ward & Woodman, P.A., P. O. Box 1391, Orlando, FL 32802-1391

2)   R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine LLP, Post Office Box 3353,

Orlando, FL 32802

3) Christopher R. Thompson, Esq., Latham, Shuker, Eden & Beaudine, LLP, 111 N. Magnolia Avenue, Suite 1400, Orlando, FL 32801

4) Miriam G. Suarez, United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801

5) William Glenn Roy, III, Esq., The Roy Law Firm, PL, 411 W. Central Pkwy., Altamonte Springs, Florida 32714